# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

November 12, 2025

| | |
|---|---|
| HECTOR HUGO ALVARADO MONTOYA, ) ) Petitioner, ) ) v. ) ) RUSSELL HOLT, et al., ) ) Respondents. ) | Case No. 25-cv-01231-JD |

**<u>ENTER ORDER:</u>**

    The Court is in receipt of the Respondents' Objection to the Report and Recommendation ("Objection") [Doc. No. 12]. Given the nature of these proceedings, the Court expedites the Petitioner's deadline to file an optional response to the Objection, *see* Fed. R. Civ. P. 72(b)(2), making the response due on or before **November 19, 2025**. Should Petitioner or his counsel wish to respond to the Objection and require more time, Petitioner shall file a motion seeking additional time.

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

                                        JOAN KANE, CLERK

                                        By:  */s/ Nyssa Vasquez-Morrow*
                                                  Deputy Clerk