**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| HECTOR HUGO ALVARADO MONTOYA, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Case No. CIV-25-01231-JD |
| RUSSELL HOLT, et al., | ) ) ) | |
| Respondents. | ) ) | |

## JUDGMENT

Pursuant to the Court's Order filed today, the Court denies Petitioner's Petition for

Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1].

Entered this 26th day of December 2025.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE